THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Frankie Alan Dover, Appellant.
 
 
 

Appeal From Cherokee County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.  2007-UP-323
 Submitted June 1, 2007  Filed June 15,
 2007

APPEAL DISMISSED 

 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 

PER CURIAM: Frankie Dover appeals his sentence of twenty years
 imprisonment, suspended upon the service of ten years and three years probation
 for criminal sexual conduct in the second degree with a minor. Dovers counsel
 argues Dovers guilty plea did not comply with Boykin v. Alabama, 395
 U.S. 238 (1969).  Pursuant to Anders v. California, 386 U.S. 738 (1967),
 Dovers counsel attached a petition to be relieved stating he has reviewed the
 record and found the appeal to be without merit.  Dover filed a pro se brief and alleges numerous grounds for relief. We dismiss the appeal and grant counsels motion to be
 relieved.
APPEAL
 DISMISSED. [1]  
STILWELL,
 SHORT, and WILLIAMS, JJ., concur.
 

[1] We decide this case without oral arguments pursuant
 to Rule 215, SCACR.